```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

LEON J. RICE, JR.                                              Plaintiff

v.                           4:08CV00512-WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                       Defendant

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young.  No objections have been filed.  After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS SO ORDERED this 30th day of June, 2009.


                                        /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE